UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05-cv-147/ 1:03-cr- 193 |
| | ) | *Edgar* |
| STEVE ALEXANDER HANKINS | ) | |

## **JUDGMENT**

For the reasons expressed by the Court in its memorandum opinion filed herewith, it is **ORDERED** that all claims of Steve Alexander Hankins ("Hankins") in his petition under 28 U.S.C. § 2255 [Court File No. 1] are **DENIED AND DISMISSED WITH PREJUDICE.**

In addition, the Court has reviewed this case pursuant to 28 U.S.C. § 1915(a)(3) and Rule 24 of the FEDERAL RULES OF APPELLATE PROCEDURE and hereby **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, any application by Hankins for leave to proceed *in forma pauperis* on appeal is **DENIED.** 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24.

Further, should Hankins file a timely notice of an appeal from this order, such notice will be treated as an application for a certificate of appealability, which is hereby **DENIED** since he has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Rule 22(b) of the FEDERAL RULES OF APPELLATE PROCEDURE.

SO ORDERED.

ENTER this *28th day of July, 2005*.

                                                        */s/ R. Allan Edgar*
                                                        R. ALLAN EDGAR
                                CHIEF UNITED STATES DISTRICT JUDGE